

1  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
2  LOUIS H. CASTORIA (SBN 95768)
   DEBRA S. STURMER (SBN 105276)
3  650 California Street, 14th Floor
   San Francisco, CA 94108
4  Telephone: (415) 433-0990
   Facsimile:  (415) 434-1370
5
   WILSON, ELSER, MOSKOWITZ,
6    EDELMAN & DICKER LLP
   JAMES P. DONOVAN
7  150 E. 42nd Street
   New York, N.Y. 10017
8
   Attorneys for Plaintiffs
9  GERLING GLOBAL REINSURANCE CORP. OF AMERICA,
   GERLING GLOBAL REINSURANCE CORP. -
10 U.S. BRANCH, GERLING GLOBAL LIFE
   REINSURANCE COMPANY, GERLING GLOBAL LIFE
11 INSURANCE COMPANY, GERLING AMERICA INSURANCE
   COMPANY AND CONSTITUTION INSURANCE CO.
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16  GERLING GLOBAL REINSURANCE           )
    CORP. OF AMERICA, GERLING GLOBAL     ) NO.   CIV. S-00-0506 WBS/JFM
17  REINSURANCE CORP. - U.S. BRANCH,     )
    GERLING GLOBAL LIFE REINSURANCE      ) STIPULATION AND [PROPOSED]
18  COMPANY, GERLING GLOBAL LIFE         ) ORDER RE HEARING SCHEDULE FOR
    INSURANCE COMPANY, GERLING           ) PENDING MOTIONS
19  AMERICA INSURANCE COMPANY AND        )
    CONSTITUTION INSURANCE CO.,          )
20                                       )
               Plaintiffs,               )
21                                       )
         v.                              )
22                                       )
    CHUCK QUACKENBUSH, in his capacity   )
23  as INSURANCE COMMISSIONER FOR        )
    THE STATE OF CALIFORNIA,             )
24                                       )
               Defendant.                )
25  _____ )

26

27

28

                                         1

Plaintiffs Gerling Global Reinsurance Corp. of America, Gerling Global Reinsurance Corp. - U.S. Branch, Gerling Global Life Reinsurance Company, Gerling Global Life Insurance Company, Gerling America Insurance Company and Constitution Insurance Co. (collectively "Gerling") and Defendant Chuck Quackenbush, in his capacity as Insurance Commissioner for the State of California, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on March 9, 2000, Gerling filed in this action its Complaint for Declaratory Relief and to Permanently Enjoin Violation of Civil Rights (the "*Gerling* Action");

WHEREAS, on March 27, 2000, the Court entered an order determining that the *Gerling* Action was related, within the meaning of Local Rule 83-123, to the subsequently filed case of *American Insurance Association et al. v. Quackenbush*, No. CIV S-00-613 WBS JFM pending before this Court (the "*AIA* Action");

WHEREAS, on March 9, 2000, Gerling filed a Motion for Preliminary Injunction which currently is set for hearing on May 22, 2000 (the "*Gerling* Motion for Preliminary Injunction"), and on March 22, 2000, the plaintiffs in the *AIA* Action filed a Motion for Preliminary Injunction (the "AIA Motion for Preliminary Injunction") which currently is set for hearing on May 8, 2000;

WHEREAS, on March 27, 2000, Defendant filed his Motion to Dismiss Complaint in the *Gerling* Action (the "*Gerling* Motion to Dismiss") which currently is set for hearing on April 24, 2000, and on April 7, 2000, Defendant filed his Motion to Dismiss Complaint in the *AIA* Action (the "*AIA* Motion to Dismiss") which currently is set for hearing on May 8, 2000;

WHEREAS, on April 10, 2000, plaintiffs in the *Gerling* Action filed a Motion for Summary Judgment (the "*Gerling* Motion for Summary Judgment") which currently is set for hearing on April 24, 2000, under Local Rule 78-230(e);

WHEREAS, certain of the issues raised in the various pending motions described herein are related to one another;

///

///

28394187.1 41400 1430P 00624961                                       Stipulation and [Proposed] Order
Case No. CIV S-00-0506 WBS/JFM

1     WHEREAS, in order to more efficiently resolve the issues in both cases, all parties in the *AIA* and *Gerling* Actions desire to have all pending non-discovery motions heard on May 22, 2000;

4     WHEREAS, the parties in the *AIA* case have concurrently stipulated to continue the hearing date on the *AIA* Motion to Dismiss and the *AIA* Motion for Preliminary Injunction from May 8, 2000, until May 22, 2000;

7     THE PARTIES HERETO HEREBY STIPULATE to continue the hearing dates on the *Gerling* Motion to Dismiss and the *Gerling* Motion for Summary Judgment from April 24, 2000 until May 22, 2000, so that they may be heard at the same time as the AIA Motion for Preliminary Injunction and the AIA Motion to Dismiss.

DATED: April 14, 2000

WILSON, ELSER, MOSKOWITZ, EDELSON
  & DICKLER
LOUIS H. CASTORIA
DEBRA S. STURMER
FREDERICK REIF
JAMES DONOVAN

By _/s/ Frederick Reif_
    Frederick Reif
Attorneys for Plaintiffs GERLING GLOBAL REINSURANCE CORP. OF AMERICA, GERLING GLOBAL REINSURANCE CORP. - U.S. BRANCH, GERLING GLOBAL LIFE REINSURANCE COMPANY, GERLING GLOBAL LIFE INSURANCE COMPANY, GERLING AMERICA INSURANCE COMPANY AND CONSTITUTION INSURANCE CO.

DATED: April 14, 2000

ALSCHULER, GROSSMAN, STEIN & KAHAN LLP
FRANK KAPLAN
KENNETH S. MEYERS
REBECCA J. EDELSON
JESSE J. CONTRERAS

By _/s/ Frank Kaplan_
    Frank Kaplan
Attorneys for Defendant CHUCK QUACKENBUSH, in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA

1  IT IS SO ORDERED.

2  DATED: April 17, 2000

_____
Hon. William B. Shubb
United States District Judge

# PROOF OF SERVICE
(Via Mail)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **350 South Grand Avenue, 25th Floor, Los Angeles, CA 90071-1503.**

On **April 14, 2000**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER RE HEARING SCHEDULE FOR PENDING MOTIONS** on the interested parties in this action by transmitting a true copy thereof by facsimile as follows:

> Frank Kaplan, Esq.
> Kenneth S. Meyers, Esq.
> Alschuler, Grossman, Stein & Kahan LLP
> 2049 Century Park East, 39th Floor
> Los Angeles, CA 90067

by mail. I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is Deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 14, 2000**, at Los Angeles, California.

*/s/ Elena G. Griffin*
Elena G. Griffin

28391215.1 41400 1439P 00624961

United States District Court
for the
Eastern District of California
April 18, 2000

* * CERTIFICATE OF SERVICE * *

2:00-cv-00506

Gerling Global

   v.

Quackenbush

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 18, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
       Louis H Castoria                       SH/WBS
       Wilson Elser Moskowitz Edelman and Dicker
       650 California Street
       Suite 1400
       San Francisco, CA   94108

       Debra S Sturmer
       Wilson Elser Moskowitz Edelman and Dicker
       650 California Street
       Suite 1400
       San Francisco, CA   94108

       James P Donovan
       PRO HAC VICE
       Wilson Elser Moskowitz Edelman and Dicker
       150 East 42nd Street
       23rd Floor
       New York, NY   10017

       Frederick W Reif
       PRO HAC VICE
       Wilson Elser Moskowitz Edelman and Dicker
       150 East 42nd Street
       23rd Floor
       New York, NY   10017
```

Frank Kaplan
Alschuler Grossman and Pines
2049 Century Park East
Thirty Ninth Floor
Los Angeles, CA   90067-3213

Andrew W Stroud
Mennemeier Glassman and Stroud
980 Ninth Street
Suite 1700
Sacramento, CA   95814-2737

                          Jack L. Wagner, Clerk

               BY:   _____
                          Deputy Clerk