

**FILED**

SEP 1 8 2006

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  GEORGE L. O'CONNELL (CSBN 74037)
   STEVENS & O'CONNELL LLP
2  400 Capitol Mall, Suite 1400
   Sacramento, CA 95814
3  Telephone: (916) 329-9111
   Facsimile: (916) 329-9110
4
   Attorneys for Plaintiff
5  Gerling Global Reinsurance Corp. of America

6  [Additional Plaintiffs and Counsel Identified on Signature Page]

7
   ANDREW W. STROUD
8  MENNEMEIER, GLASSMAN & STROUD LLP
   980 9th Street, Suite 1700
9  Sacramento, CA 95814-2736
   Telephone: (916) 553-4000
10 Facsimile: (916) 553-4011

11 Attorneys for Defendant
   John Garamendi, in his capacity as the
12 Commissioner of Insurance of the State of California

13 [Additional Counsel for Defendant Identified on Signature Page]

14
                    UNITED STATES DISTRICT COURT
15
             FOR THE EASTERN DISTRICT OF CALIFORNIA
16

17 GERLING GLOBAL, et al.                  Case No. CIV. S-00-CV-0506 WBS

18                Plaintiffs,              STIPULATION AND ORDER
                                           CONTINUING STATUS CONFERENCE
19        v.                               AND BRIEFING SCHEDULE

20 JOHN GARAMENDI, in his capacity as the  Judge: Hon. William B. Shubb
   Commissioner of Insurance of the State of
21 California

22                Defendants.

23

24

25

26

27
                                   -1-
28 STIPULATION AND ORDER
   Case No. CIV.S-00-CV-0506

# RECITALS

1. This matter is before the Court on remand from the Ninth Circuit to determine the amount of attorneys' fees and costs to be awarded to Plaintiffs as prevailing parties.

2. On April 24, 2006, the Court conducted a status conference at which time it set a briefing schedule for Plaintiffs' motions for attorneys' fees and costs;

3. Pursuant to that schedule, Plaintiffs' moving papers were filed on May 22, 2006, and Defendant's lengthy and complex opposition (which totals more than 1,500 pages with exhibits and accompanying declarations) was filed on August 22, 2006. Under the current schedule, Plaintiffs' reply papers are to be filed on September 12, 2006;

4. The Court set a further status conference for September 25, 2006, at which time the Court intended to discuss with the parties the scope of referral of the motion to the Hon. Daniel Weinstein (Ret.). In light of the developments articulated below, the parties respectfully request that the Court continue the status conference to November 20, 2006.

5. The parties have agreed to explore the possibility of reaching an informal resolution of this matter, using Judge Weinstein as a mediator. The parties and Judge Weinstein have agreed to conduct the mediation on October 7, 2006 (and, if necessary, continuing to October 8) in Rutherford, California.

6. To permit the parties to engage in a meaningful mediation session with Judge Weinstein – without forcing Plaintiffs first to incur considerable expense in responding to Defendant's voluminous opposition – Plaintiffs have requested, and Defendant has agreed to provide, additional time, through and including November 14, 2006, for Plaintiffs to file their reply papers.

7. Plaintiffs further advise the Court that in light of the line-item challenges levied on Plaintiffs' billing records by Defendant, and the challenge to the reasonableness of certain counsel's billing rates, Plaintiffs intend to seek limited discovery from Defendant, designed to secure from Defendant the same information concerning the billings of his counsel that Plaintiffs

-2-

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

provided with their opening papers. Defendant has indicated that he will oppose Plaintiffs' request for discovery.

8. In a further effort to reduce the expenses incurred by the parties, pending the outcome of the mediation, Plaintiffs have agreed to defer filing their motion for discovery until October 9, 2006 – provided that the mediation does not prove successful in resolving this case. Defendant has requested, and Plaintiffs have agreed, that Defendant shall have five (5) business days to submit any opposition to Plaintiffs' discovery motion (as well as any objections to the discovery requests attached thereto). Should the Court grant the motion to allow discovery, Defendant has agreed to provide all substantive interrogatory responses and produce all responsive documents ordered by the Court within five (5) business days after such order.

9. If Plaintiffs determine, after reviewing any discovery provided by Defendant, that they need additional time to prepare their reply papers, Defendant hereby agrees that he will stipulate to any reasonable request by Plaintiffs for additional time (as well as to a further continuance of the date for the status conference before this Court).

## STIPULATION

NOW, THEREFORE, through their respective counsel of record, the parties stipulate as follows:

1. Plaintiffs' reply papers shall be filed and served on or before November 14, 2006;

2. The status conference in this matter is continued from September 25, 2006 to November 20, 2006 at 9:00 a.m.

3. Should the parties be unsuccessful in resolving this case during the mediation on October 7 and 8, 2006, and a motion for discovery is filed by Plaintiffs, Defendant shall have five (5) business days to submit any opposition to Plaintiffs' discovery motion.

4. If the Court orders any discovery in response to Plaintiffs' motion, Defendant shall provide all substantive interrogatory responses and produce all responsive documents ordered by the Court within (5) business days after such order.

-3-
STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

5.   If Plaintiffs determine, after reviewing any discovery produced by Defendant, that they need additional time to prepare their reply papers, Defendant shall stipulate to any reasonable request by Plaintiffs for additional time (and to a further continuance of the status conference before this Court).

Dated: September 11, 2006

FREDERICK W. REIF
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

GEORGE L. O'CONNELL
STEVENS & O'CONNELL LLP


By: /s/ GEORGE L. O'CONNELL
    George L. O'Connell
      Attorneys for Gerling Plaintiffs

Dated: September 11, 2006

NEIL M. SOLTMAN
MAYER, BROWN, ROWE & MAW




By: /s/ NEIL M. SOLTMAN (authorized 9/11/06)
    Neil M. Soltman
      Attorneys for Plaintiff American Insurance Association and American Re-Insurance Company

Dated: September 11, 2006

LANCE A. ETCHEVERRY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /s/LANCE A. ETCHEVERRY (authorized 9/11/06)
    Lance A. Etcheverry
    Attorneys for Plaintiff
    Assicurazioni Generali S.p.A.

-4-

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

Dated: September 11, 2006

FRANK KAPLAN
ALSCHULER GROSSMAN STEIN & KAHAN LLP

LESLIE TICK
CALIFORNIA DEPARTMENT OF INSURANCE

ANDREW W. STROUD
MENNEMEIER GLASSMAN & STROUD LLP

By: /s/FRANK KAPLAN (authorized 9/11/06)
   Frank Kaplan
   Attorneys for Defendant
   John Garamendi, in his capacity as the
   Commissioner of Insurance of the State of
   California

IT IS SO ORDERED.

DATED: 9/18/2006

_____
UNITED STATES DISTRICT COURT JUDGE

-5-

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506