```
GEORGE L. O'CONNELL (CSBN 74037)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiff
Gerling Global Reinsurance Corp. of America

[Additional Plaintiffs and Counsel Identified on Signature Page]


ANDREW W. STROUD
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA  95814-2736
Telephone:  (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
John Garamendi, in his capacity as the
Commissioner of Insurance of the State of California

[Additional Counsel for Defendant Identified on Signature Page]
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERLING GLOBAL, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN GARAMENDI, in his capacity as the Commissioner of Insurance of the State of California<br><br>    Defendants. | Case No. CIV. S-00-CV-0506 WBS<br><br>STIPULATION AND ORDER REGARDING STATUS CONFERENCE AND BRIEFING SCHEDULE<br><br>Judge: Hon. William B. Shubb |

-1-
STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

PDF created with pdfFactory trial version www.pdffactory.com

**RECITALS**

1.  This matter is before the Court on remand from the Ninth Circuit to determine the amount of attorneys' fees and costs to be awarded to Plaintiffs as prevailing parties. Plaintiffs' moving papers were filed on May 22, 2006, and Defendant's opposition was filed on August 22, 2006. Pursuant to a Stipulation and Order filed on September 18, 2006, Plaintiffs' reply papers are to be filed on November 14, 2006, and a Status Conference is set for November 20, 2006.

2.  The parties also advised the Court in their last submission that they had agreed to mediate this dispute before the Hon. Daniel Weinstein. The parties conducted that mediation on October 7 and 8, 2006.

3.  The prior Stipulation and Order also addressed a potential discovery motion to be filed by Plaintiffs. The parties agreed and the Court ordered that should the parties be unsuccessful in resolving this case during the mediation, and a motion for discovery be filed by Plaintiffs, Defendant would have five (5) business days to submit any opposition to Plaintiffs' discovery motion. The parties agreed and the Court further ordered that if the Court orders any discovery in response to Plaintiffs' motion, Defendant would provide all substantive interrogatory responses and produce all responsive documents ordered by the Court within (5) business days after such order. Further, if Plaintiffs determined, after reviewing any discovery produced by Defendant, that they needed additional time to prepare their reply papers, Defendant agreed to stipulate to any reasonable request by Plaintiffs for additional time.

4.  Following the mediation session, Judge Weinstein made a Mediator's Proposal intended to resolve the pending attorneys' fees dispute in all respects as to all moving parties.

5.  The parties requested 30 days from Judge Weinstein to consider the Mediator's Proposal and to obtain requisite assurances necessary to finalize any possible settlement. Judge

PDF created with pdfFactory trial version www.pdffactory.com

Weinstein's Mediator's Proposal therefore includes provision for a 30-day stay of proceedings. A response to the Mediator's Proposal is due November 10, 2006.

## STIPULATION

NOW, THEREFORE, through their respective counsel of record, the parties stipulate as follows:

1. The filing date for Plaintiffs' reply papers is vacated;

2. The status conference in this matter shall remain on calendar for November 20, 2006, at 9:00 a.m.

3. If the matter has not settled by the time of the Status Conference, the parties shall appear to report on the status and for the purpose of setting the remaining case schedule.  The parties shall submit a Joint Status Conference Statement one week prior to the conference.

4. The Court's previous orders concerning discovery shall remain in effect.

Dated:  October 25, 2006	FREDERICK W. REIF
	RIKER, DANZIG, SCHERER, HYLAND &
	PERRETTI LLP

	GEORGE L. O'CONNELL
	STEVENS & O'CONNELL LLP


	By:__/s/ GEORGE L. O'CONNELL_____
	    George L. O'Connell
	        Attorneys for Gerling Plaintiffs

-3-
STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  October 25, 2006 | NEIL M. SOLTMAN |
| 2 | | MAYER, BROWN, ROWE & MAW |

By: /s/ NEIL M. SOLTMAN (authorized 10/24/06)
    Neil M. Soltman
        Attorneys for Plaintiff American Insurance Association and American Re-Insurance Company

Dated:  October 25, 2006         LANCE A. ETCHEVERRY
                                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:/s/LANCE A. ETCHEVERRY (authorized 10/24/06)
    Lance A. Etcheverry
    Attorneys for Plaintiff
    Assicurazioni Generali S.p.A.

Dated:  October 25, 2006         FRANK KAPLAN
                                 ALSCHULER GROSSMAN STEIN & KAHAN LLP

                                 LESLIE TICK
                                 CALIFORNIA DEPARTMENT OF INSURANCE

                                 ANDREW W. STROUD
                                 MENNEMEIER GLASSMAN & STROUD LLP

By:/s/FRANK KAPLAN (authorized 10/25/06)
    Frank Kaplan
    Attorneys for Defendant

-4-

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

PDF created with pdfFactory trial version www.pdffactory.com

John Garamendi, in his capacity as the Commissioner of Insurance of the State of California

IT IS SO ORDERED.  The status conference is continued to **December 4, 2006, at 9:00 a.m**.

DATED:  October 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-5-
STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

PDF created with pdfFactory trial version www.pdffactory.com