1  MAYER, BROWN, ROWE & MAW LLP
   NEIL M. SOLTMAN (SBN 67617)
2  MATTHEW H. MARMOLEJO (SBN 242964)
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071
   Telephone: (213) 229-9500
4  Facsimile:  (213) 625-0248
   Attorneys for Plaintiffs
5  AMERICAN INSURANCE ASSOCIATION and
   MUNICH REINSURANCE AMERICA, INC.
6
7  (Additional Plaintiffs and Counsel Listed on Signature Page)

8  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD
9  980 9th Street, Suite 1700
   Sacramento, CA  95814-2736
10 Telephone:  (916) 553-4000
   Facsimile: (916) 553-4011
11
   Attorneys for Defendant
12 JOHN GARAMENDI, in his capacity as the
   Commissioner of Insurance of the State of California
13
   (Additional Counsel for Defendant Listed on Signature Page)
14

15                    UNITED STATES DISTRICT COURT

16                    FOR THE EASTERN DISTRICT OF CALIFORNIA

17

18 | GERLING GLOBAL, et al., | Case No. CIV. S-00-CV-0506 WBS |
   |---|---|
   | Plaintiffs, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE |
   | v. | |
   | JOHN GARAMENDI, in his capacity as the Commissioner of Insurance of the State of California, | Judge: Hon. William B. Shubb |
   | Defendants. | |

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

LADB01 28698435.1 22-Dec-06 10:57                   -1-

**RECITALS**

1. This matter is before the Court on remand from the Ninth Circuit to determine the amount of attorneys' fees and costs to be awarded to Plaintiffs as prevailing parties. Plaintiffs' moving papers were filed on May 22, 2006, and Defendant's opposition was filed on August 22, 2006. Pursuant to a Stipulation and Order filed on October 27, 2006, the remaining briefing schedule was vacated, and a further Status Conference was set. The parties had requested the further status conference be set for November 20, but the Court amended the proposed order to set the conference for December 4, 2006.

2. In their last submission, the parties advised the Court that settlement discussions had been ongoing and that Judge Weinstein had circulated a mediator's proposal. The original date for responding to that proposal was November 10, 2006, but that date has been extended to allow the parties to address a number of issues.

3. The parties continue to actively pursue an agreed resolution of this matter. For this reason, as well as the unavailability of counsel for the Commissioner, on the Court's own motion and at the request of the parties, the Court continued the December 4, 2006 Status Conference (which had originally been set for September 25, 2006) to February 12, 2007. While the parties seek an earlier date, they understand February 12, 2007, at 1:30 p.m., to be the next regularly available date for the Court.

4. In the event that an agreed resolution is not reached, the Court will conduct on February 12, 2007 the hearing and Status Conference that had originally been described and set by the Court (at the April 24, 2006 Status Conference) for September 25, 2006. In anticipation of a February 12, 2007 hearing and Status Conference date, the parties agree that Plaintiffs' reply papers will be filed no later than February 2, 2007.

5. Plaintiffs reiterate their intention, in light of the numerous line-item challenges levied on Plaintiffs' billing records in the Defendant's opposition papers, to seek limited discovery from Defendant, which discovery would be designed to secure from Defendant the same information concerning the billing of his counsel that Plaintiffs voluntarily provided with

their opening papers. The Defendant has indicated that he will oppose any such request. Assuming there is no prior resolution of this matter, Defendants have requested, and Plaintiffs have agreed, to defer the filing of the discovery motion until the return of lead defense counsel from vacation on December 15, 2006. Accordingly, Plaintiffs' motion for discovery will be filed on December 18, 2006. Defendants have further requested, and Plaintiffs have agreed, that Defendant shall have until January 3, 2006 to submit any opposition to Plaintiffs' discovery motion and the discovery requests that will be submitted therewith. If practical in light of the Court's scheduling of a hearing on such discovery motion, Plaintiffs reserve the right to file a reply to any opposition submitted by Defendant. Should the Court grant the motion for discovery, Defendant has agreed to provide all substantive interrogatory responses and produce responsive documents ordered by the Court within five (5) business days of the grant of the motion.

6. If Plaintiffs determine, after reviewing any discovery provided by Defendant, that they need additional time to prepare their reply papers, Defendant hereby agrees that he will stipulate to a reasonable request by Plaintiffs for additional time, as well as to a further continuance of the date for the February 12, 2007 hearing and Status Conference before this Court.

**STIPULATION**

NOW, THEREFORE, through their respective counsel of record, the parties stipulate as follows:

1. The Court will conduct on February 12, 2007 the hearing and Status Conference that had originally been described and set by the Court (at the April 24, 2006 Status Conference) for September 25, 2006.

2. Plaintiffs' reply papers on their respective motions for attorneys' fees shall be filed and served no later than February 2, 2007.

3. Plaintiffs' motion for limited discovery and *ex parte* application to have such motion heard on shortened time shall be filed on December 18, 2006. Defendant shall have until

1  January 3, 2007 to submit any opposition to such motion. If practical given the Court's
2  scheduling of a hearing on such discovery motion, Plaintiffs shall have reserved the right to reply
3  on a schedule acceptable to the Court.

4.  Should the Court order any discovery pursuant to such discovery motion, Defendant shall provide all substantive interrogatory responses and produce responsive documents ordered by the Court within five (5) business days of the grant of the motion.

5.  If Plaintiffs determine, after reviewing any discovery provided by Defendant, that they need additional time to prepare their reply papers, Defendant shall stipulate to a reasonable request by Plaintiffs for additional time, as well as to a further continuance of the date for the February 12, 2007 hearing before this Court.

Dated: December 14, 2006

NEIL M. SOLTMAN
MAYER, BROWN, ROWE & MAW LLP


By:/s/ NEIL M. SOLTMAN
     Neil M. Soltman

     Attorneys for Plaintiff American Insurance
     Association and Munich Reinsurance
     America, Inc.

Dated:  December 14, 2006

FREDERICK W. REIF
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

GEORGE L. O'CONNELL
STEVENS & O'CONNELL LLP


By:/s/ GEORGE L. O'CONNELL (authorized 12/13/06)
     George L. O'Connell

     Attorneys for Gerling Plaintiffs

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

LADB01 28698435.1 22-Dec-06 10:57

-4-

| | |
|---|---|
| Dated:  December 14, 2006 | LANCE A. ETCHEVERRY<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/LANCE A. ETCHEVERRY (authorized 12/13/06)<br>   Lance A. Etcheverry<br><br>Attorneys for Plaintiff<br>Assicurazioni Generali S.p.A. |
| Dated:  December 14, 2006 | FRANK KAPLAN<br>ALSCHULER GROSSMAN STEIN & KAHAN LLP<br><br>LESLIE TICK<br>CALIFORNIA DEPARTMENT OF INSURANCE<br><br>ANDREW W. STROUD<br>MENNEMEIER GLASSMAN & STROUD LLP<br><br>By: /s/ANDREW STROUD (authorized 12/14/06)<br>   Andrew Stroud<br><br>Attorneys for Defendant<br>John Garamendi, in his capacity as the Commissioner of Insurance of the State of California |

IT IS SO ORDERED.

DATED:  December 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
Case No. CIV.S-00-CV-0506

LADB01 28698435.1 22-Dec-06 10:57

-5-