GEORGE L. O'CONNELL (CSBN 74037)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Plaintiff Gerling

ANDREW W. STROUD
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
John Garamendi, in his capacity as the
Commissioner of Insurance of the State of California

[Additional Counsel for Defendant Identified on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERLING GLOBAL, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN GARAMENDI, in his capacity as the Commissioner of Insurance of the State of California<br><br>    Defendants. | Case No. CIV. S-00-CV-0506 WBS<br><br>STIPULATION AND ORDER GRANTING GERLING'S MOTION FOR ATTORNEY'S FEES AND COSTS AND MODIFYING JUDGMENT<br><br>[F.R.Civ.Proc. Rule 54, 58]<br><br>Judge: Hon. William B. Shubb |

# RECITALS

1. Plaintiffs hereto are the following entities: GLOBAL Reinsurance Corp. – U.S. Branch (formerly known as Gerling Global Reinsurance Corp. – U.S. Branch); Gerling America Insurance Company; Constitution Insurance Company; GLOBAL Reinsurance Corp. of America; Revios Reinsurance U.S. Inc. (formerly known as Gerling Global Life Reinsurance Company), and Revios Reinsurance Canada Ltd. (formerly known as Gerling Global Life Insurance Company). Collectively, these entities will be referred to herein as "Gerling."

2. Defendant is JOHN GARAMENDI, in his capacity as the Commissioner of Insurance of the State of California (hereinafter, the "Commissioner").

3. This matter is before the Court on remand from the Ninth Circuit to determine the amount of attorneys' fees and costs to be awarded to Plaintiffs under 42 U.S.C. section 1988 as the prevailing parties. *See Gerling Global Life Ins. Co. of America et al. v. Garamendi*, 400 F.3d 803, *as amended,* 410 F.3d 531 (9th Cir. 2005).

4. Gerling's moving papers in support of its fee motion were filed on May 22, 2006. Defendant's opposition was filed on August 22, 2006. Pursuant to stipulation of the parties and order of the Court, the Honorable Daniel Weinstein (Ret.) was appointed as a Special Master to report to the Court on certain issues relating to the pending fee requests.

5. In an effort to avoid the cost and delay associated with protracted litigation over the amount of fees and costs to be awarded to Gerling, the parties agreed to mediate the dispute before Judge Weinstein on October 7-8, 2006. Subsequent to that mediation, Judge Weinstein issued a mediator's proposal, identifying one million six hundred thousand dollars ($1,600,000) as the amount

of fees and costs to be awarded to Gerling on their fee motion. Both Gerling and the Commissioner accepted the mediator's proposal, and have entered into this Stipulation to effectuate this agreed upon resolution.

6.      It is the parties' intent in entering into this Stipulation that the Order and the modified Judgment resulting therefrom be enforceable against and binding on the Commissioner just as any other post-judgment order awarding attorney's fees and costs pursuant to Rules 54 and 58 of the Federal Rule of Civil Procedure.

7.      Each signatory hereto represents and warrants that he or she has the right, power, legal capacity and authority to bind the party on whose behalf he or she signs and that no further act of board, entity, body or other person is necessary.

## STIPULATION

NOW, THEREFORE, through their duly authorized representatives, the parties stipulate as follows:

1.      Gerling and the Commissioner stipulate that the Court shall (1) GRANT Gerling's Motion for Attorney's Fees and Costs, and award Gerling one million six hundred thousand dollars ($1,600,000) in attorney's fees and costs in this action; and (2) modify the Judgment previously entered by the Court to reflect this award.

2.      The Gerling parties shall be responsible for the internal allocation of payments made to satisfy the Judgment. Payment in satisfaction of the Judgment shall be directed to counsel of record for Gerling, payable to Riker, Danzig, Scherer, Hyland & Perretti LLP Client Trust Account and delivered to Riker, Danzig, Scherer, Hyland & Perretti LLP, Attn: Fred Reif, 500 Fifth Avenue, Suite 4920, New York, New York 10110. The amount of the Judgment constitutes the full amount that the parties have agreed will be due and owing to Gerling in this

action. Timely satisfaction of the Judgment in accordance with the Settlement Agreement and Mutual Release concurrently executed by the parties shall fully satisfy and release all claims for attorney's fees, costs, and interest by Gerling, including, but not limited to, any claim for fees, costs, or post-judgment interest incurred between the date of entry of this Stipulation and Order and satisfaction of the Judgment, except that, Gerling may seek to recover its attorney's fees and costs and may recover post-judgment interest in enforcing and collecting on the Judgment, if necessary, as set forth in the Settlement Agreement and Mutual Release concurrently executed by the parties.

    3.    Should this or any portion of this Stipulation and Order later be adjudged unenforceable, then the parties agree that the matter shall be returned to the District Court for such further proceedings as may be appropriate to carry out the mandate of the Ninth Circuit in *Gerling Global Life Ins. Co. of America et al. v. Garamendi*, 400 F.3d 803, *as amended,* 410 F.3d 531 (9th Cir. 2005).

DATED: December __, 2006    JOHN GARAMENDI, in his capacity as the Commissioner of Insurance of the State of California


By:_____
    GARY COHEN
    Deputy Commissioner and
    General Counsel, California
    Department Of Insurance

```
                                        GLOBAL Reinsurance Corp. – U.S. Branch
DATED:  December __, 2006

                                        By:_____
                                              DAVID W. SMITH
                                              Executive Vice President,
                                              General Counsel and Secretary for
                                              GLOBAL U.S. Holdings, Inc., the
                                              U.S. Manager of GLOBAL
                                              Reinsurance Corporation –
                                              U.S. Branch


DATED:  December __, 2006               GLOBAL Reinsurance Corporation of
                                        America


                                        By:_____
                                              DAVID W. SMITH
                                              Executive Vice President,
                                              General Counsel and Secretary


DATED:  December __, 2006               Constitution Insurance Company


                                        By:_____
                                              DAVID W. SMITH
                                              Executive Vice President,
                                              General Counsel and Secretary


DATED:  December __, 2006               Gerling America Insurance Company


                                        By:_____
                                              PAUL BARRA
                                        Title:_____
```

DATED: December __, 2006     Revios Reinsurance U.S. Inc.

                                                   By:_____
                                                              ERIC M. SINGER
                                                              Senior Vice President

AND

By:_____
Title:_____

DATED: December __, 2006     Revios Reinsurance Canada Ltd.

                                                     By:_____
                                                              ERIC M. SINGER
                                                             Senior Vice President

AND

By:_____
Title:_____

FREDERICK W. REIF
RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP

GEORGE L. O'CONNELL
STEVENS & O'CONNELL LLP


By: __/s/_____
      George L. O'Connell
      Attorneys for Gerling Plaintiffs


Dated:  December __, 2006

Dated:  December __, 2006    FRANK KAPLAN
ALSCHULER GROSSMAN STEIN &
KAHAN LLP

LESLIE TICK
CALIFORNIA DEPARTMENT OF
INSURANCE

ANDREW W. STROUD
MENNEMEIER GLASSMAN & STROUD
LLP


By: __/s/_____
      Frank Kaplan
      Attorneys for Defendant
      John Garamendi, in his capacity as
      the Commissioner of Insurance of the
      State of California

**ORDER**

Pursuant to Rules 54 and 58(a)(2) of the Federal Rules of Civil Procedure, based upon the Stipulation of the parties, and good cause appearing, the Court hereby GRANTS Gerling's Motion for Attorney's Fees And Costs, and awards it one million six hundred thousand dollars ($1,600,000) in attorney's fees and costs.  The Court's prior judgment, entered on October 22, 2001, and as amended on appeal, is modified to reflect this attorney fee award.

IT IS SO ORDERED.

DATED:   December 26, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE