UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GERLING GLOBAL, et al., | NO. CIV. S-00-0506 WBS JFM |
| Plaintiffs, | Consolidated Case: |
| | CIV. S-00-613-WBS JFM |
| v. | ORDER RE: MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY |
| CHUCK QUACKENBUSH, in his capacity as INSURANCE COMMISSIONER FOR THE STATE OF CALIFORNIA, | |
| Defendant. | |

----oo0oo----

Upon consideration of plaintiffs' motion for expedited discovery and defendant's opposition, after hearing the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that

1. To the extent defendant argues that plaintiffs' attorneys spent excessive time on any motion, matter or issue, defendant shall provide plaintiffs with the number of hours which each of defendant's attorneys spent on that motion, matter or issue.

1

2. If defendant wants the court to consider the rates which defendant's attorneys charged for their services in this case, defendant's attorneys shall provide plaintiff with their standard billing rates charged to other clients in other cases. If defendant's attorneys elect not to provide plaintiffs with such information, the court will not consider the rates defendant's attorneys charged in this case as evidence of the reasonable rate.

3. In all other respects, plaintiffs' motion for expedited discovery is denied.

DATED: January 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE