UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and MUNICH REINSURANCE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN GARAMENDI, in his capacity as the COMMISSIONER OF INSURANCE OF THE STATE OF CALIFORNIA, <br><br> Defendant. | Case No. S-00-613-WBS-JFM <br><br> **JUDGMENT** <br><br> Judge: The Hon. William B. Shubb <br> Courtroom: 5 <br> Date: May 14, 2007 <br> Time: 1:30 p.m. |
| GERLING GLOBAL, et al., <br><br> Plaintiffs, <br> vs. <br> JOHN GARAMENDI, in his capacity as the COMMISSIONER OF INSURANCE OF THE STATE OF CALIFORNIA, <br><br> Defendant. | Case No. S-00-506-WBS-JFM |

Judgment

**JUDGMENT**

Pursuant to Rules 54 and 58(a)(2) of the Federal Rules of Civil Procedure, the Court hereby GRANTS the Motion for Attorneys' Fees and Costs filed by plaintiffs American Insurance Association and Munich Reinsurance America, Inc., and pursuant thereto and the stipulation of the parties, the Court hereby awards plaintiffs the sum of four million, four hundred and ninety-six thousand, eight hundred and ninety-seven dollars and eighty-six cents ($4,496,897.86) in attorneys' fees and costs.  The Court's prior judgment, entered on October 22, 2001, and as amended on appeal, is modified to reflect this attorneys' fee award.

IT IS SO ORDERED.

DATED: May 29, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28709346

1

Judgment